Daniel L. Feder, Bar No. 130867
**The Law Office of Daniel L. Feder**
332 Pine Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 391-9476
Facsimile:   (415) 391-9432
Email: danfeder@pacbell.net
**Attorneys for Plaintiff**

CONSTANCE E. NORTON, Bar No. 146365
cnorton@littler.com
ANGELA J. RAFOTH, Bar No. 241966
arafoth@littler.com
**LITTLER MENDELSON, P.C.**
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
**Attorneys for Defendants**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LIM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE RITZ-CARLTON HOTEL, LLC, a Delaware business entity doing business in the state of California MARRIOTT INTL' ADMIN SRVS, INC, AGENT FOR THE RITZ-CARLTON HOTEL CO. LLC, a Delaware Corporation doing business in the state of California, and DOES 1-20, inclusive,<br><br>　　　　　Defendant. | Case No. 3:15-CV-03850- RS<br>ORDER<br>**STIPULATION TO CANCEL THE CASE MANAGEMENT CONFERENCE AND REQUEST FOR THE COURT TO DISMISS THIS CASE IN ITS ENTIRETY**<br><br>Date:　　　June 23, 2016<br>Time:　　　10:00 am<br>Location:　 Courtroom 3, 17th floor |

1

**Case No.:** 3:15-CV-03850- RS

## STIPULATION BY THE PARTIES

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

(1) The parties mutually request that this Honorable Court dismiss this case in its entirety with prejudice.

(2) The parties also request that this Honorable Court cancel the Case Management Conference scheduled June 23, 2016, and all other pending dates related to this matter.

Dated: June 15, 2016        THE LAW OFFICE OF DANIEL FEDER

By:_____/s/_____
     Daniel L. Feder
     Attorneys for Plaintiff

Dated: June 15, 2016        LITTLER MENDELSON

By:_____/s/_____
     Angela J. Rafoth, Esq.
     Attorneys for Defendants

## [PROPOSED] ORDER OF THE COURT

Good cause appearing, the Court ORDERS as follows:

This Court grants the parties request for a dismissal of this entire action with prejudice.

This Court hereby dismisses this matter in its entirety.

Dated: 6/16/16                                        _____
                                                      The Honorable Richard Seeborg
                                                      Judge of the United States District Court
                                                      Northern District

2

**Case No.:** 3:15-CV-03850- RS